Eugene P. MARTIN, Applt., v. GEORGE RINGLER & COMPANY, Respt. (Supreme Court, Appellate Division, First Department. May 26, 1916.) Judgment and order affirmed, with costs. No opinion. Order filed.

Eugene P. MARTIN v. GEORGE RINGLER & CO. (Supreme Court, Appellate Division, First Department. June 23, 1916.) Motion denied, with $10 costs. Order filed.

Anna MARTIN, respt., v. Duncan I. ROBERTS, as president of United States Express Company, applt. (two cases). (Supreme Court, Appellate Division, Fourth Department. July 6, 1916.) Judgments and orders affirmed with costs. All concur.

Francesco MARUS, as administrator, etc., respondent, v. CENTRAL RAILROAD COMPANY of NEW JERSEY, appellant. (Supreme Court, Appellate Division, Second Department. November 19, 1915.) Motion for reargument denied, with $10 costs.

Amelia MASIELLO, as administratrix, etc., respt., v. Atwater W. HOLLISTER, applt. (Supreme Court, Appellate Division, Third Department. June 30, 1916.) Judgment and order unanimously affirmed, with costs.

Barbara MASSA, appellant, v. Thomas F. LAWLOR, respondent. (Supreme Court, Appellate Division, Second Department. June 23, 1916.) Order affirmed, with $10 costs and disbursements. If the plaintiff intends to prove a renewal of the agreement to marry, arising from the course of conduct between the parties subsequent to the original promise, she may so state in her bill of particulars, and thereby comply with the order. Jenks, P. J., and Thomas, Carr, Stapleton, and Putnam, JJ., concur.

Joseph MATIS v. Louis LEWIS. (Supreme Court, Appellate Division, First Department. June 9, 1916.) Application denied, with $10 costs. Order signed.

Samuel D. MATTHEWS v. Max SPIEGEL. (Supreme Court, Appellate Division, First Department. June 30, 1916.) Application granted. Order signed.

William S. MAXSON, respondent, v. Charles W. BARDEEN, appellant. (Supreme Court, Appellate Division, Second Department. June 23, 1916.) Motion denied, with $10 costs.

William J. MAXWELL, respt., v. Henry L. MARSH and one, applts. (Supreme Court, Appellate Division, Fourth Department. May 26, 1916.) Judgment and order affirmed with costs. All concur, except Lambert, J., who dissents.

Arthur J. MAY v. CORT FILM CORPORATION. (Supreme Court, Appellate Division, First Department. June 23, 1916.) Motion to dismiss appeal granted, with $10 costs. Order filed.

Ivar MAY, respondent, v. Benjamin H. KELLEY, appellant. (Supreme Court, Appellate Division, Second Department. June 16, 1916.)

Order affirmed, with $10 costs and disbursements. No opinion. Jenks, P. J., and Carr, Stapleton, Rich, and Putnam, JJ., concur.

Maria MAZZARELLI, by Guiseppina Petti, her guardian ad litem, Respondent, v. Nicholas MAZZARELLI, Appellant. (Supreme Court, Appellate Division, First Department. June 23, 1916.) Appeal from Special Term, New York County. From an order denying his motion to set aside an inquest and open the judgment taken by default, defendant appeals. Reversed, and motion granted.

PER CURIAM. The default was not intentional and has been excused. The order appealed from is therefore reversed, with $10 costs and disbursements, and the motion granted.

In the Matter of the Judicial Settlement of the Account of Florence B. MEAD, and others, as executors, etc., of William E. Adamson, also known as William E. Ward, deceased. (Supreme Court, Appellate Division, Second Department. May 19, 1916.) Decree of the Surrogate's Court of Kings County (90 Misc. Rep. 263, 154 N. Y. Supp. 667) affirmed, with costs, payable out of the estate. No opinion. Jenks, P. J., and Stapleton, Mills, Rich, and Putnam, JJ., concur.

Edward MEADE et al., Applts., v. E. B. & A. C. WHITING CO., Respt. (Supreme Court, Appellate Division, First Department. June 23, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

Vincenza MEDICI v. Philip RABINOWITZ. (Supreme Court, Appellate Division, First Department. June 30, 1916.) Application denied, with $10 costs. Order signed.

Walburga C. MEIXEL v. Charles A. MEIXEL et al. (Supreme Court, Appellate Division, First Department. May 26, 1916.) Motion denied, with $10 costs. Order filed.

Matter of Harry C. W. MELICK as co-Admr., etc., of Jacob J. Brush, decd. (Supreme Court, Appellate Division, First Department. May 26, 1916.) Motions denied, with $10 costs. Orders filed.

MERCHANT TAILORS' SOCIETY et al., Applts., v. JOURNEYMEN TAILORS' UNION OF AMERICA, LOCAL NO. 390, et al., Respts. (Supreme Court, Appellate Division, First Department. June 9, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

Walter MERGENHAGEN, an infant, by guardian, etc., applt., v. LEHIGH VALLEY R. R. CO., respt. (Supreme Court, Appellate Division, Fourth Department. July 6, 1916.) Motion granted and appeal dismissed with costs.

MERRICK THEATER CO., Applt., v. WEISSAGER AMUSEMENT CONSTRUCTION CO. et al., impld., etc., Respts. (Supreme

Court, Appellate Division, First Department. June 23, 1916.) Judgment affirmed, with costs. No opinion. Order filed.

Louise METZLER, as administratrix, etc., of William Metzler, deceased, respondent, v. LONG ISLAND RAILROAD COMPANY, appellant. (Supreme Court, Appellate Division, Second Department. June 23, 1916.) Judgment and order unanimously affirmed, with costs. No opinion.

In the matter of the claim of Helena MEYER for compensation under the Workmen's Compensation Law, respt., v. MORRIS & COMPANY, employer, and Zurich General Accident & Liability Insurance Company, insurer, applts. (Supreme Court, Appellate Division, Third Department. May 18, 1916.) Award unanimously affirmed.

In the matter of the claim of Helena MEYER, for compensation for herself for the death of her husband, Christopher Otto Meyer, under the Workmen's Compensation Law, claimant-respondent, v. MORRIS & COMPANY, employer, and Zurich General Accident & Liability Insurance Company, Limited, insurance carrier, defendants-appellants. (Supreme Court, Appellate Division, Third Department. June 30, 1916.) Motion denied.

Charles H. MEYER, respondent, v. VILLAGE OF SOUTH NYACK, appellant. (Supreme Court, Appellate Division, Second Department. May 26, 1916.) Judgment affirmed, with costs. No opinion. Jenks, P. J., and Thomas, Carr, Mills, and Rich, JJ., concur.

Henrietta MICHAELIS, Applt., v. DRY DOCK SAVINGS INSTITUTION et al., Respts. (Supreme Court, Appellate Division, First Department. May 26, 1916.) Judgment affirmed, with costs. No opinion. Order filed.

Milford P. MILKS, respt., v. DELAWARE, L. & W. R. R. CO., applt. (Supreme Court, Appellate Division, Fourth Department. May 26, 1916.) Order affirmed with $10 costs and disbursements. All concur.

John H. MILLARD and one, respt., v. BARON STEUBEN CO-OPERATIVE FIRE INSURANCE CO., applt. (Supreme Court, Appellate Division, Fourth Department. April 19, 1916.) Judgment and order affirmed with costs. All concur, except Foote and Merrell, JJ., who dissent, upon the ground that the defendant was not in any way informed that the papers it received had been furnished by plaintiffs as proofs of loss.

John A. MILLER et al., respts., v. BUFFALO & WILLIAMSVILLE ELECTRIC RAILWAY CO., applt. (Supreme Court, Appellate Division, Fourth Department. May 24, 1916.) Judgment affirmed with costs. All concur.

Robert P. MILLER v. Clinton S. ZIMMERMAN. (Supreme Court, Appellate Division, First Department. June 9, 1916.) Application granted. Order signed.

MISSISSIPPI VALLEY TRUST CO., ancillary executor, etc., of Marx Hammer, deceased, respt., v. MASONIC LIFE ASSOCIATION, applt. (Supreme Court, Appellate Division, Fourth Department. May 26, 1916.) Judgment and order affirmed with costs. All concur.

Frank E. MITCHELL, Applt., v. Ludolph G. SCHROEDER, Respt. (Supreme Court, Appellate Division, First Department. June 16, 1916.) Order (94 Misc. Rep. 270, 158 N. Y. Supp. 31) affirmed, with $10 costs and disbursements for the reasons stated by Mr. Justice Lehman at the Appellate Term. Order filed.

M. M. HART, Inc., v. Nana E. PFIZER, impld., etc. (Supreme Court, Appellate Division, First Department. June 23, 1916.) Motion denied, with $10 costs. Order filed.

Harry S. MOCKFORD, respt., v. Martin V. TEETOR, applt. (Supreme Court, Appellate Division, Fourth Department. April 19, 1916.) Judgment and order affirmed with costs. All concur.

Edwin W. MOORE, Respt., v. Jennie BRUNN et al., as Exrs., etc., Applts. (Supreme Court, Appellate Division, First Department. June 30, 1916.) Judgment affirmed, with costs. No opinion. Order filed.

Harriet A. A. MOORE, as admx., etc., respt., v. ERIE R. R. CO., applt. (Supreme Court, Appellate Division, Fourth Department. July 6, 1916.) Judgment and order reversed and new trial granted, with costs to appellant to abide event. Held, that the verdict of the jury is against the weight of the evidence, both upon the question of the defendant's negligence and freedom from contributory negligence on the part of the deceased. All concur.

Henry MORAN, Respt., v. NEW YORK RAILWAYS CO., Applt. (Supreme Court, Appellate Division, First Department. June 23, 1916.) Judgment and order reversed, and new trial granted, with costs to appellant to abide event, unless plaintiff stipulates to reduce judgment to $987.66, without costs, in which event the judgment, as so modified, and the order appealed from, are affirmed, without costs. No opinion. Settle order on notice.

Elenor L. MORGAN and Frank S. Waller, appellants, v. Elmer E. SANBORN, as executor, etc., respondent, and Emma L. Waller et al., appellants. (Supreme Court, Appellate Division, Second Department. June 2, 1916.) Motion to resettle order granted. Let a clean copy of the order proposed by the defendants-appellants be presented to the presiding Justice for signature.

Harry L. MORRIS, Applt., v. Francis E. WALBRIDGE, Respt. (Supreme Court, Appellate Division, First Department. June 23, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

C. Kirtland MORSE, appellant, v. Arthur B. HARRISON, respondent. (Supreme Court, Appellate Division, Second Department. June 16,